IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. MANUEL RICO CHAVEZ, | ) | 1:08cv1323 DLB |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 15) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 25, 2009, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response to Plaintiff's opening brief SHALL be filed on or before July 22, 2009.

IT IS SO ORDERED.

Dated:   **June 26, 2009**      _____ **/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE

1