1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
10
                   FRESNO DIVISION
11

12  J. MANUEL RICO CHAVEZ,          )
                                    )      CIVIL NO. 1:08-CV-01323-DLB
13         Plaintiff,               )
                                    )
14         v.                       )      STIPULATION AND ORDER
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
16  Social Security,                )
                                    )
17         Defendant.               )
                                    )
18  _____  )

19        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of time of 30 days, up to and including

21  August 21, 2009, to respond to Plaintiff's motion for summary judgment.  This request is being made

22  due to the extremely heavy work load of the undersigned attorney for the Commissioner.  For the months

23  of June and July, she has been responsible for briefing in approximately 26 district court cases and 2

24  appellate cases.  Further, she has the responsibility to draft the Commissioner's recommendation to the

25  Solicitor General for a writ of certiorari in Vasquez v. Astrue, 547 F.3d 1101 (9th Cir. 2008) after the

26  July 9, 2009, decision of the Ninth Circuit declining en banc review.  This task was unpredictable and

27  involves extremely tight and unavoidable deadlines.

28        The undersigned attorney for the Commissioner's heavy schedule has been occasioned, in large

part, by staffing shortages in the Commissioner's regional office.  The Commissioner's Office of

Regional Chief Counsel recently experienced sudden departures of four senior attorneys, two of whom

accepted positions as administrative law judges, which provided only a short time between the offer

dates and starting dates.  Also, one senior attorney is on extended emergency medical leave, another

senior attorney is on extended paternity leave, and a third senior attorney is currently working part-time

due to the serious medical condition of a family member.  Due to this, the attorneys in this office have

experienced an unanticipated increase in workload due to office restructuring and reassignment of over

250 district court cases and approximately 20 Ninth Circuit appeals.  The shortage of attorneys able to

readily brief cases has eliminated reassigning cases as a method of avoiding extensions.

        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,


Dated: July 21, 2009                    */s/ Steven G. Rosales*
                                        (As authorized via email)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff

Dated: July 21, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        */s/ Elizabeth Firer*
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


        IT IS SO ORDERED.

        **Dated:    July 22, 2009           /s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE