# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. MANUEL RICO CHAVEZ, | 1:08cv01323 DLB |
| Plaintiff, | ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On May 4, 2011, the Ninth Circuit Court of Appeals granted Plaintiff's appeal and instructed this Court to remand the action to the Commissioner to permit the ALJ to question the Vocational Expert about the conflict between the occupations identified and the definitions in the Dictionary of Occupational Titles. The Ninth Circuit issued its formal mandate on June 28, 2011.

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's decision. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   __June 29, 2011__          _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE

1